UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEKA ALI,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | Case No. 16-cv-03911-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 31 |

On October 20, 2016, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than October 31, 2016 explaining Plaintiff's failure to respond to the pending motions to dismiss. [Docket No. 31]. The Order to Show Cause also instructed Plaintiff to simultaneously (1) submit his/her oppositions or (2) file a statement of non-opposition to each motion by no later than October 31, 2016. The Order to Show Cause stated that failure to respond by October 31, 2016 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 10, 2016

_____
Donna M. Ryu
United States Magistrate Judge

